IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED AND FILED
CLERK'S OFFICE USDC PR
2022 MAR 3 PM 5:53

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>[1] MARCOS PAGAN-RODRIGUEZ,<br>a/k/a "Papin",<br>(Counts ONE through SIX)<br>[2] MIGUEL SANTANA-AVILES,<br>a/k/a "Macho", "Machito",<br>(Counts ONE through SIX)<br>[3] JOHN MORALES-RODRIGUEZ,<br>a/k/a "Gordo",<br>(Counts ONE through FIVE)<br>[4] MICHAEL NIEVES-LACEND,<br>a/k/a "Pinto",<br>(Counts ONE through FIVE)<br>[5] CHRISTIAN SIFONTE-RAMOS,<br>a/k/a "Peluche",<br>(Counts ONE through SIX)<br>[6] JOSEPH ISRAEL-RAMOS, a/k/a<br>"Mena",<br>(Counts ONE through SIX)<br>[7] ALEX JOMAR NEGRON-GARCÍA,<br>(Counts ONE through SIX)<br>[8] SAID DAVID ADORNO-<br>MARTINEZ, a/k/a "SAIID",<br>(Counts ONE through SIX)<br>[9] RAYMOND SANTANA-AVILES,<br>(Counts ONE through SIX)<br>[10] WILLIAM RODRIGUEZ-REYES,<br>a/k/a "Willy",<br>(Counts ONE through FIVE)<br>[11] JUAN LOZADA-GONZALEZ,<br>a/k/a "Picu",<br>(Counts ONE through FIVE)<br>[12] LUIS ALFONSO-CABRERA,<br>a/k/a "Javi"<br>(Counts ONE through FIVE) | **INDICTMENT**<br><br>**FILED UNDER SEAL**<br><br>CRIMINAL NO. 22-82 (RAM)<br><br>Violations:<br><br>(COUNT ONE)<br>21 U.S.C. §§ 841(a)(1), 846, and 860.<br><br>(COUNT TWO)<br>21 U.S.C. §§ 841(a)(1), 860 and 18 U.S.C. §2.<br><br>(COUNT THREE)<br>21 U.S.C. §§ 841(a)(1), 860 and 18 U.S.C. §2.<br><br>(COUNT FOUR)<br>21 U.S.C. §§ 841(a)(1), 860 and 18 U.S.C. §2.<br><br>(COUNT FIVE)<br>21 U.S.C. §§ 841(a)(1), 860 and 18 U.S.C. §2.<br><br>(COUNT SIX)<br>18 U.S.C. § 924(c).<br><br>**Forfeiture Allegation**<br>Title 18, *United States Code*, §982<br>Title 21, *United States Code*, § 853 and Rule 32.2(a) F.R.C.P.<br>Title 28, *United States Code*, §2461(c)<br><br>(SIX COUNTS) |

[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",
(Counts ONE through FIVE)
[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",
(Counts ONE through FIVE)
[15] DAVID RODRIGUEZ-REYES,
(Counts ONE through FIVE)
[16] STEVEN PACHECO-MELECIO,
(Counts ONE through SIX)
[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",
(Counts ONE through FIVE)
[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo",
(Counts ONE through FIVE)
[19] GABRIEL AGUAYO-SANTANA. a/k./a "Gaby",
(Counts ONE through FIVE)
[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",
(Counts ONE through FIVE)

*Defendants.*

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

**(Conspiracy to Possess with Intent to Distribute Controlled Substances)**

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",
[2] MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",
[3] JOHN MORALES-RODRIGUEZ, a/k/a "Gordo",
[4] MICHAEL NIEVES-LACEND, a/k/a "Pinto",
[5] CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",
[6] JOSEPH ISRAEL-RAMOS, a/k/a "Mena",

2

[7] ALEX JOMAR NEGRON-GARCÍA,
[8] SAID DAVID ADORNO-MARTINEZ a/k/a "SAIID",
[9] RAYMOND SANTANA-AVILES,
[10] WILLIAM RODRIGUEZ-REYES, a/k/a "Willy",
[11] JUAN LOZADA-GONZALEZ, a/k/a "Picu",
[12] LUIS ALFONSO-CABRERA, a/k/a "Javi",
[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",
[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",
[15] DAVID RODRIGUEZ-REYES,
[16] STEVEN PACHECO-MELECIO,
[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",
[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo"
[19] GABRIEL AGUAYO-SANTANA, a/k./a "Gaby",
[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",

the defendants herein, did knowingly and intentionally, combine, conspire, and agree with each other and with diverse other persons known and unknown to the Grand Jury, to commit an offense against the United States, that is, to knowingly and intentionally possess with intent to distribute and/or to distribute controlled substances, to wit: in excess of two hundred and eighty (280) grams of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II Narcotic Drug Controlled Substance; in excess of one (1) kilogram of a mixture or substance containing a detectable amount of heroin, a Schedule I, Narcotic Drug Controlled Substance; in excess of five (5) kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II, Narcotic Drug Controlled Substance; in excess of one hundred (100) kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I, Controlled Substance; a mixture or substance containing a detectable amount of Oxycodone (commonly known as Percocet), a Schedule II Controlled Substance; and a mixture or substance

3

containing a detectable amount of Alprazolam (commonly known as Xanax), a Schedule IV Controlled Substance; within one thousand (1,000) feet of a real property comprising Las Violetas Public Housing Project and El Batey Public Housing Project, housing facilities owned by a public housing authority and the Sabana Hoyos Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, *United States Code*, Sections 841(a)(1), 846 and 860.

## OBJECT OF THE CONSPIRACY

The object of the conspiracy was the large-scale distribution of controlled substances at Las Violetas Public Housing Project, El Batey Public Housing Project, Sabana Hoyos Ward, and other areas nearby the municipality of Vega Alta, Puerto Rico. All for significant financial gain and profit.

## MANNER AND MEANS OF THE CONSPIRACY

The manner and means by which the defendants and co-conspirators would accomplish and further the object of the conspiracy, among others, included the following:

1. It was part of the manner and means of the conspiracy that the drug trafficking organization, through its co-conspirators, would import wholesale quantities of narcotics from the Dominican Republic, and other places, into Puerto Rico in furtherance of their drug trafficking activities, to be distributed in street- quantity amounts at their drug distribution points.

2. It was further part of the manner and means of the conspiracy that the leaders would maintain a group of co-defendants administrating the daily activities of the drug distribution point.

3. It was further part of the manner and means of the conspiracy that, during the leader's absence, individuals and/or co-defendants would perform different tasks for the benefit of the leader and the conspiracy, including but not limited to, the administration of the daily activities of the drug points, the execution of the main leader's orders, the collection of payments or "rent" from the different drug point owners and the safe delivery of those payments or "rent" directly to the leader.

4. It was part of the manner and means of the conspiracy that the defendants and their co-conspirators would establish a drug distribution point that would move within different areas inside the public housing projects to avoid police detection.

5. It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would sell street quantities amounts of heroin, cocaine base ("crack"), cocaine, marijuana, and unprescribed pills at the drug distribution points.

6. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would weigh, "cut", divide, and package the heroin, cocaine, cocaine base "crack", and marijuana in distinctive "baggies" and/or "vials" to keep track of their narcotics.

7. It was further part of the manner and means of the conspiracy that the defendants and their co-conspirators would use electronic devices, including but not limited to, two-way radios ("walkie-talkies" or scanners) to communicate and alert the presence of law enforcement agents or members of rival gangs.

8. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would routinely possess, carry, brandish, and use or discharge firearms to protect themselves and their drug trafficking organization.

9. It was further part of the manner and means of the conspiracy that some of the defendants and their co-conspirators would act as armed "look-outs" at strategically located positions within the Las Violetas Public Housing Project, El Batey Public Housing Project, and the Sabana Hoyos Ward to alert other co-conspirators of the presence of law enforcement agents and/or protect these areas from rival drug traffickers. Some of these "lookouts" would carry firearms and rifles.

10. It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would use force, violence, and intimidation to threaten rival drug trafficking organization and buyers and to discipline members of their own drug trafficking organization.

11. It was further part of the manner and means of the conspiracy that some of the co-defendants and their co-conspirators would act in different roles to further the goals of the conspiracy, to wit: leaders, enforcers, runners, sellers, lookouts and facilitators.

12. It was further part of the manner and means of the conspiracy that some members of the organization would steal cars and use them to further their drug trafficking activities.

13. It was further part of the manner and means of the conspiracy that some members of the organization belonged to a musical group called "Los Piratas" and would draw graffiti resembling this group nearby the drug points that belonged to this organization.

14. It was further part of the manner and means of the conspiracy that some of the co-conspirators would use different types of barriers, and diversionary devices, including but not limited to, fences, altered public housing amenities, dogs, barbed wire, and other techniques to avoid law enforcement detection.

15. It was further part of the manner and means of the conspiracy that members of the drug trafficking organization would often "abduct" and assault rival drug traffickers as well as members of their own drug trafficking organization, in order to intimidate and maintain control of the drug trafficking activities.

16. It was further part of the manner and means of the conspiracy that some of the members of this organization would tattoo themselves with the initials LSR "Lealtad sin rango" (Loyalty with no rank) to symbolize loyalty among the members of the organization.

## ROLES OF THE MEMBERS OF THE CONSPIRACY

Leaders directly controlled and supervised the drug trafficking activities at the drug points located within the Las Violetas Public Housing Project, El Batey Public Housing Project and the Sabana Hoyos Ward.

Enforcers did possess, carry, brandish, use and discharge firearms to protect the leaders and members of the drug trafficking organization, the narcotics, the proceeds derived from their sales, and to further accomplish the goals of the conspiracy. Enforcers often acted upon instructions given by the leaders of this organization. Enforcers would often provide protection to the drug trafficking organization's drug distribution points.

The runners worked under the direct supervision of the leaders of the drug trafficking organization. They were responsible for providing sufficient narcotics to the sellers for further distribution at the drug point. They were also responsible for collecting the proceeds of drug sales and paying the street sellers. They would also supervise and make sure that there were street sellers for every shift of the drug point. They would make schedules and prepare ledgers to maintain accountability of the sales of the narcotics sold at the drug point. At various times, they would be responsible for recruiting street sellers and additional runners. The runners had a supervisory role within the conspiracy, as they would directly supervise on a daily basis, the activities of multiple sellers, and the daily activities of the drug points.

The sellers would distribute street quantity amounts of heroin, crack cocaine,

cocaine, marijuana, oxycodone (commonly known as Percocet), and alprazolam (commonly known as Xanax). As sellers, they were accountable for the drug proceeds and the narcotics sold at the drug distribution points. At times, sellers would use two-way radios ("walkie-talkies", "scanners") in order to communicate with other members of the organization

"Facilitators" would allow the use of their residences in order to process, store, and package narcotics, paraphernalia, firearms and ammunition.

All in violation of Title 21, *United States Code*, Sections 841(a)(1), 846 and 860.

## COUNT TWO

### Possession with Intent to Distribute/Distribution of Heroin

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",
[2] MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",
[3] JOHN MORALES-RODRIGUEZ, a/k/a "Gordo",
[4] MICHAEL NIEVES-LACEND, a/k/a "Pinto",
[5] CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",
[6] JOSEPH ISRAEL-RAMOS, a/k/a "Mena",
[7] ALEX JOMAR NEGRON-GARCÍA,
[8] SAID DAVID ADORNO-MARTINEZ, a/k/a "SAIID"
[9] RAYMOND SANTANA-AVILES,
[10] WILLIAM RODRIGUEZ-REYES, a/k/a "Willy",
[11] JUAN LOZADA-GONZALEZ, a/k/a "Picu",
[12] LUIS ALFONSO-CABRERA, a/k/a "Javi",
[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",
[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",
[15] DAVID RODRIGUEZ-REYES,
[16] STEVEN PACHECO-MELECIO,

[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",
[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo"
[19] GABRIEL AGUAYO-SANTANA. a/k./a "Gaby",
[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute one (1) kilogram or more of a mixture or substance containing a detectable amount of heroin, a Schedule I Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising Las Violetas Public Housing Project, El Batey Public Housing Projects, Housing facilities owned by a Public Housing authority, and the Sabana Hoyos Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1), 860 and Title 18, *United States Code*, Section 2.

## COUNT THREE

**Possession with Intent to Distribute/Distribution of Cocaine Base**

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court

[1] MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",
[2] MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",
[3] JOHN MORALES-RODRIGUEZ, a/k/a "Gordo",
[4] MICHAEL NIEVES-LACEND, a/k/a "Pinto",
[5] CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",
[6] JOSEPH ISRAEL-RAMOS, a/k/a "Mena",
[7] ALEX JOMAR NEGRON-GARCÍA,
[8] SAID DAVID ADORNO-MARTINEZ, a/k/a "SAIID",
[9] RAYMOND SANTANA-AVILES,
[10] WILLIAM RODRIGUEZ-REYES, a/k/a "Willy",

**[11] JUAN LOZADA-GONZALEZ, a/k/a "Picu",**
**[12] LUIS ALFONSO-CABRERA, a/k/a "Javi",**
**[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",**
**[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",**
**[15] DAVID RODRIGUEZ-REYES,**
**[16] STEVEN PACHECO-MELECIO,**
**[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",**
**[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo"**
**[19] GABRIEL AGUAYO-SANTANA. a/k./a "Gaby",**
**[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",**

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute two hundred and eighty (280) grams or more of a mixture or substance containing a detectable amount of cocaine base (Crack), a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising, the Las Violetas and El Batey Public Housing Projects, housing facilities owned by a public housing authority and the Sabana Hoyos Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1), 860 and Title 18, *United States Code*, Section 2.

## COUNT FOUR

### Possession with Intent to Distribute/Distribution of Cocaine

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court

**[1] MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",**
**[2] MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",**
**[3] JOHN MORALES-RODRIGUEZ, a/k/a "Gordo",**

11

[4] MICHAEL NIEVES-LACEND, a/k/a "Pinto",
[5] CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",
[6] JOSEPH ISRAEL-RAMOS, a/k/a "Mena",
[7] ALEX JOMAR NEGRON-GARCÍA,
[8] SAID DAVID ADORNO-MARTINEZ, a/k/a "SAIID",
[9] RAYMOND SANTANA-AVILES,
[10] WILLIAM RODRIGUEZ-REYES, a/k/a "Willy",
[11] JUAN LOZADA-GONZALEZ, a/k/a "Picu",
[12] LUIS ALFONSO-CABRERA, a/k/a "Javi",
[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",
[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",
[15] DAVID RODRIGUEZ-REYES,
[16] STEVEN PACHECO-MELECIO,
[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",
[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo"
[19] GABRIEL AGUAYO-SANTANA. a/k./a "Gaby",
[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute five (5) kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II Narcotic Drug Controlled Substance, within one thousand (1,000) feet of a real property comprising Las Violetas Public Housing Project, El Batey Public Housing Project, housing facilities owned by a public housing authority and the Sabana Hoyos Ward, all within one thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1), 860 and Title 18, *United States Code*, Section 2.

## COUNT FIVE

**Possession with Intent to Distribute/Distribution of Marijuana**

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",
[2] MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",
[3] JOHN MORALES-RODRIGUEZ, a/k/a "Gordo",
[4] MICHAEL NIEVES-LACEND, a/k/a "Pinto",
[5] CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",
[6] JOSEPH ISRAEL-RAMOS, a/k/a "Mena",
[7] ALEX JOMAR NEGRON-GARCÍA,
[8] SAID DAVID ADORNO-MARTINEZ, a/k/a "SAIID",
[9] RAYMOND SANTANA-AVILES,
[10] WILLIAM RODRIGUEZ-REYES, a/k/a "Willy",
[11] JUAN LOZADA-GONZALEZ, a/k/a "Picu",
[12] LUIS ALFONSO-CABRERA, a/k/a "Javi",
[13] JOSE ROSADO-VEGA, a/k/a "Manos Mongas",
[14] JOSE NEGRON-RODRIGUEZ a/k/a "Pepo",
[15] DAVID RODRIGUEZ-REYES,
[16] STEVEN PACHECO-MELECIO,
[17] JOSUE ROSADO-RIVERA, a/k/a "Cano", "Patineta",
[18] ISMAEL FIGUEROA-MALDONADO, a/k/a, "Capo"
[19] GABRIEL AGUAYO-SANTANA. a/k./a "Gaby",
[20] MIZRAIN LOPEZ-FELICIANO, a/k/a "Mizra", "Flaco",

the defendants herein, aiding and abetting one another, did knowingly and intentionally possess with intent to distribute one hundred (100) kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, within one thousand (1,000) feet of a real property comprising Las Violetas Public Housing Project, El Batey Public Housing Project, housing facilities owned by a public housing authority and Sabana Hoyos Ward, all within one

thousand (1,000) feet of a real property comprising a public or private school and/or playground. All in violation of Title 21, *United Sates Code*, Sections 841(a)(1), 860 and Title 18, *United States Code*, Section 2.

## COUNT SIX

### Possession of Firearms in Furtherance of a Drug Trafficking Crime

From a date unknown during the year 2018 and continuing up to and until the return of the instant Indictment, in the Municipality of Vega Alta, in the District of Puerto Rico, and elsewhere within the jurisdiction of this Court,

[1] **MARCOS PAGAN-RODRIGUEZ, a/k/a "Papin",**
[2] **MIGUEL SANTANA-AVILES, a/k/a "Macho", "Machito",**
[5] **CHRISTIAN SIFONTE-RAMOS, a/k/a "Peluche",**
[6] **JOSEPH ISRAEL-RAMOS, a/k/a "Mena",**
[7] **ALEX JOMAR NEGRON-GARCÍA,**
[8] **SAID DAVID ADORNO-MARTINEZ, a/k/a "SAIID",**
[9] **RAYMOND SANTANA-AVILES,**
[16] **STEVEN PACHECO-MELECIO,**

the defendants herein, did knowingly and unlawfully possess firearms, of unknown make and caliber, as that term is defined in Title 18, *United States Code*, Section 921(a)(3), in furtherance of a drug trafficking crime for which they may be prosecuted in a Court of the United States, that is conspiracy to possess with intent to distribute controlled substances, as charged in COUNT ONE herein. All in violation of Title 18, *United States Code*, Section 924(c)(1)(A).

*United States of America v. PAGAN-Rodriguez, et. al.*
*Indictment*

## NARCOTICS FORFEITURE ALLEGATION

The allegations contained in Counts ONE to FIVE of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, *United States Code*, Section 853.

Pursuant to Title 21, *United States Code*, Section 853, upon conviction of the offense in violation of Title 21, *United States Code*, Sections 841 and 846, set forth in Count ONE through FIVE of this Indictment, the defendants, shall forfeit to the United States, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense. The property to be forfeited includes, but is not limited to, the following: $6,451,375.00. If any of the property described above, as a result of any act or omission of the defendants:

1. cannot be located upon the exercise of due diligence;
2. has been transferred or sold to, or deposited with, a third party;
3. has been placed beyond the jurisdiction of the court;
4. has been substantially diminished in value; or
5. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21 *United States Code*, Section 853(p).

15

*United States of America v. PAGAN-Rodriguez, et. al.*
*Indictment*

## FIREARMS FORFEITURE ALLEGATION

The allegations contained in Count Six of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code,* Section 2461(c). Upon conviction of either of the offense in violation of Title 18, *United States Code,* Section 924(c) as set forth in Count SIX of this Indictment, the defendants shall forfeit to the United States pursuant to Title 18, *United States Code,* Section 924(d) and Title 28, *United States Code*, Section 2461(c), any firearms and ammunition involved or used in the commission of the offense. All pursuant to Title 18, *United States Code*, Section 924(d) and Title 28, *United States Code*, Section 2461(c).

TRUE BILL

FOREPERSON
Date: March 3, 2022

W. STEPHEN MULDROW
United States Attorney

Alberto R. Lopez Rocafort
Assistant United States Attorney
Chief, Gang Section

Pedro R. Casablanca
Assistant United States Attorney
Gang Section

Cristina Caraballo-Colón
Special Assistant U.S. Attorney
Gang Section

16